# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, Jr., <br><br> Plaintiff, <br><br> v. <br><br> HULBERT, et al., <br><br> Defendants. | **Case No. 1:16-cv-00046-DAD-JLT (PC)** <br><br> **ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO IDENTIFY DEFENDANTS GENNIAL AND M. HERRERA FOR USMS SERVICE** <br><br> **21-DAY DEADLINE** |

Recently, the United States Marshals Service attempted service on Defendants Gennial and M. Herrera by contacting CDCR, but was unable to serve either. (Docs. 38, 393) The unexecuted summons indicates that CDCR is unable to identify Defendant Gennial for service. (Doc. 39.) The unexecuted summons as to Defendant M. Herrera indicates that Herrera was not employed by CDCR, but was under contract with "Right Choice Inc." which is out of business. CDCR provided M. Herrera's full name to the USM, which was used to locate her through the State of California CNA verification page, but there were no matches and the name is so common that the USM is unable to locate without additional information. Thus, the Marshals' Service is unable to locate any contact information for Defendant Gennial. Likewise, M. Herrera cannot be located beyond her past employment with Right Choice Inc.

Thus, Plaintiff is given opportunity to provide all additional information that he believes might assist in identifying and/or locating these Defendants. The Third Amended Complaint

1

indicates that both of these Defendants were involved in providing Plaintiff medical care and/or treatment. Thus, if Plaintiff has any records reflecting their names and/or signatures, he may submit them to assist service efforts. Plaintiff may also provide information such as the place, date, and time that he saw either of these Defendants and all identifying attributes that he can recall about them such as their gender, hair color, height, weight, and the like.

Accordingly, **within 21 days** from the date of this order, the Court **ORDERS** Plaintiff to provide additional information as to where Defendant Bowman may be located so that service may be accomplished. **Plaintiff is informed that his failure to comply with this order will result in a recommendation that the matter be dismissed as to Defendant Gennial and/or M. Herrera pursuant to Rule 4(m).**

IT IS SO ORDERED.

   Dated: __**July 25, 2018**__                   ___**/s/ Jennifer L. Thurston**___
                                                                     UNITED STATES MAGISTRATE JUDGE