# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A WEST, Jr.,<br><br>        Plaintiff,<br><br>    v.<br><br>HULBERT, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00046-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM WITHOUT PREJUDICE**<br><br>**(Doc. 47)** |

The Court issued the Discovery and Scheduling Order on September 4, 2018. (Doc. 46.) This order opened discovery in this case. Three weeks later, Plaintiff filed a motion seeking a blank subpoena duces tecum to seek documents pertaining to this action "which a subpoena can only produce." (Doc. 47.)

Subject to certain requirements, Plaintiff is entitled to subpoena documents, electronically stored information, and tangible things from a nonparty. Fed. R. Civ. P. 45. However, the Court will consider granting Plaintiff's request for a subpoena only if the documents or items sought are in the possession or control of a nonparty, they are not otherwise available to Plaintiff, and they are not within the Defendants' control. Fed. R. Civ. P. 34.

In addition, the Court **will not** issue blank subpoenas. Rather, Plaintiff must identify specifically the documents sought and from whom and demonstrate that the documents are discoverable in this action. Accordingly, Plaintiff's motion for a blank subpoenas duces tecum

1

(Doc. 47), is **DENIED** without prejudice.

IT IS SO ORDERED.

    Dated: **October 2, 2018**                                   **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE