# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, Jr., <br><br> Plaintiff, <br><br> v. <br><br> HULBERT, et al., <br><br> Defendants. | Case No.: 1:16-cv-00046-DAD-JLT (PC) <br><br> ORDER REGARDING SETTLEMENT CONFERENCE SET FOR JANUARY 31, 2019, AT 10:00 A.M. |

This case is currently set for a settlement conference before the undersigned on January 31, 2019, at 10:00 a.m. at the U.S. District Court, Fresno, California.

On December 21, 2018, Deputy Attorney General Sean Lodholz contact the undersigned's courtroom clerk and requested a telephonic appearance for the presence of Plaintiff's conservator at the conference.

Based on a review of the record in this case and the confidential nature of a settlement conference, the Court is inclined to deny the request because there is no information to confirm that Plaintiff is represented by a conservator or to ascertain the correct identity of such conservator. However, within **fourteen (14)** days, either Plaintiff, Defendants and/or Plaintiff's conservator may provide additional information to the Court as to whether Plaintiff is indeed represented by a conservator and provide the identity of the conservator, in order to further resolve Defendants' informal request. If a response is filed by Plaintiff's conservator, he/she shall provide sufficient

documentation, such as letters of conservatorship and/or court orders, regarding the conservatorship to demonstrate the authority to prosecute this action. <u>Deputy Attorney General, Sean Lodholz is HEREBY DIRECTED to serve a copy of this order on Plaintiff's conservator.</u>

IT IS SO ORDERED.

Dated: __**December 27, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE