# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, Jr., <br><br> Plaintiff, <br><br> v. <br><br> HULBERT, et.al., <br><br> Defendants. | Case No. 1:16-cv-00046-DAD-JLT (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MACK. A. WEST, Jr., CDCR #F-60029 |

A settlement conference in this matter commenced on January 31, 2019. Inmate Mack. A. West, Jr., CDCR #F-60029 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 31, 2019**

UNITED STATES MAGISTRATE JUDGE