# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, Jr., | Case No. 1:16-cv-00046-DAD-JLT (PC) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| HULBERT, et.al., | |
| Defendants. | THIRTY-DAY DEADLINE |

This action was filed on January 13, 2016. On January 31, 2019, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 31, 2019**

UNITED STATES MAGISTRATE JUDGE

1